129 A.3d 326

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. D.M., DEFENDANT–PETITIONER.

January 15, 2016.

It is ORDERED that the petition for certification is granted limited to the issues of whether the trial court improperly permitted the prosecutor to question defendant about evidence that had previously been ruled inadmissible under *N.J.R.E.* 404(b); whether the trial court's limiting instructions on this evidence were improper; and whether the prosecutor's statements during summation about this evidence constituted misconduct.

129 A.3d 326

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DESHAUN P. WILSON, DEFENDANT–PETITIONER.

January 15, 2016.

It is ORDERED that the petition for certification is granted limited to the issue of whether defendant's confrontation rights were violated by the admission into evidence of a map to establish the crime of distribution of CDS within 500 feet of a public park.